IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02226-PAB-BNB

LETICIA GARZA,

Plaintiff,

v.

DILLON COMPANIES INC. d/b/a King Soopers, Inc.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**


IT IS ORDERED that **Defendant's Motion to Amend Answer** [Doc. # 16, filed 1/28/2010] (the "Motion to Amend"), which is unopposed, see Plaintiff's Response [Doc. # 24, filed 2/3/2010], is GRANTED.  The defendant shall file its amended answer adding the after-acquired evidence defense on or before **February 12, 2010**.

IT IS FURTHER ORDERED that the hearing on the Motion to Amend set for February 11, 2010, at 10:00 a.m., is VACATED.


DATED:  February 3, 2010